**FILED**

MAR 20 2025

Clerk, U.S. District and
Bankruptcy Courts

(01/11)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE: _Sonja M. Gordy,_ )  Case No.: _1-99bk 00395_
          Debtor. )  (Chapter _13_)

**APPLICATION FOR RELEASE OF UNCLAIMED FUNDS PURSUANT
TO 28 U.S.C. § 2042 AND BANKRUPTCY RULE 3011
AND NOTICE OF OPPORTUNITY TO OPPOSE THE APPLICATION**

Pursuant to 28 U.S.C. § 2042 and Federal Rule of Bankruptcy Procedure 3011, _Sonja M. Gordy_, Applicant, reports as follows:

1. Application is hereby made for unclaimed funds that are owed to the Applicant in this case in the amount of $ _64.62_. These funds were deposited into the Registry of the Court pursuant to 11 U.S.C. § 347 after a check to _Sonja M. Gordy_ for the sum was not cashed.

2. The reason why the funds went unclaimed is that _new address was not given to USPS._

3. The Applicant certifies that the Applicant is the entity entitled to a return of the unclaimed funds. If the payee on the check was a creditor in the case, the claim of the creditor has not been satisfied from other sources, and the amount of the claim that remains unpaid is equal to or exceeds the amount of the unclaimed funds.

4. An account record regarding amounts owed on the debt:
   [ ] was not maintained;
   [ ] was maintained and a copy of the page stating the balance currently
       owed is attached hereto;
   [ ] was maintained but is unavailable because _____

   but I can certify that the debt remains unpaid because _____

5. I have attached hereto _____ page(s) (if any) further explaining my

RECEIVED
Mail Room

MAR 20 2025

Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

(01/11)

Application and _____ page(s) of documents in support of this Application[1]. Each document is a true copy of a genuine document. I am additionally **separately filing** a *Statement of Social Security Number or Taxpayer Identification Number in Support of Application for Release of Unclaimed Funds.*

    6. The Applicant requests that the said unclaimed funds be returned to:

Sonja M. Gordy

P.O. Box 1104

Greenbelt, MD 20768

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _13_ day of _March_, _2025_.

Signature: _Sonja M. Gordy_

Telephone No.: _341-787-4389_   Printed Name: _Sonja M. Gordy_

---

[1] See the instructions contained in the court website's Information Regarding Unclaimed Funds for the documents that must accompany application.

(01/11)

**NOTICE IS HEREBY GIVEN THAT ANY OBJECTION TO THIS APPLICATION MUST BE FILED WITHIN 21 DAYS AFTER THE DATE OF SERVICE NOTED BELOW.**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that copies of the foregoing Application were mailed, postage prepaid, this 13 day of March, 2025, to:

_____, Trustee

_____
_____
_____

✓ U.S. Bankruptcy Court, DC
333 Constitution Ave, NW
Washington, DC 20001

Office of United States Trustee
115 South Union Street
Suite 210
Alexandria, VA 22314

*Sonja M. Gordy*
Signature

Sonja M. Gordy
Printed Name