UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 99-00395-SMT |
| **Sonja M. Gordy**<br>**Debtor** | Chapter 13 |

### ORDER TO SHOW CAUSE

The Debtor had until **4/3/2025** to cure the deficiencies set forth in the **Notice to Party Filing Deficient Pleading(s) Document(s) (Docket No. 42).** The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **4/24/2025 at 9:00AM in Courtroom 1 or via video conference (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor's bankruptcy case should not be dismissed **and/or** why the pleading should not be stricken from the record for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: CA
Dated: 4/11/2025

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.